

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00632-CV

**IN THE INTEREST OF L.V.B.D.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA02174
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant Mom is unable to afford payment of court costs. No costs are taxed in this appeal.

SIGNED February 12, 2020.

_____
Patricia O. Alvarez, Justice